

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Jennifer L. Rubin
Assistant Corporation Counsel
jerubin@law.nyc.gov
(212) 788-1029
(212) 788-9776 (fax)

October 22, 2007

**BY FAX (212) 805-6737**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

The conference is adjourned to
November 15, 2007 at 9:30 a.m.

OCT 3 1 2007

HON. GEORGE B. DANIELS

Re: Jason Mobley v. City of New York, et al.
07 CV 7108 (GBD)

Dear Judge Daniels:

    Defendants writes, with the consent of plaintiff's attorney Andrew Stoll, Esq., to request that the conference set for October 25, 2007, at 9:30 a.m., be adjourned. The reason for this request is that I will be at a Practicing Law Institute conference all day on October 25, 2007 and October 26, 2007. Alternatively, if convenient to the Court, both parties would be available for a conference on October 30, 2007 (morning only), November 2, 2007, or November 13, 2007 (afternoon only).

    This is defendants' first request for an adjournment. Thank you for your consideration in this matter.

Respectfully submitted,

Jennifer Rubin
Assistant Corporation Counsel

cc: Andrew Stoll, Esq. (By Fax)
(718) 852-3586