AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

**APPEARANCE**

Case Number: 07-7108

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE CITY OF NEW YORK and Police Officer Rama Hiller

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/9/2008 | *[signature]* |
| Date | Signature |
| | Suzette Corinne Rivera — SR4272 |
| | Print Name — Bar Number |
| | 100 Church Street |
| | Address |
| | New York — NY — 10007 |
| | City — State — Zip Code |
| | (212) 788-9567 — (212) 788-9776 |
| | Phone Number — Fax Number |